IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

HOSSEIN SHARIFI, *

Petitioner, *

v. * Case No. 4:26-CV-358-CDL-CHW

WARDEN STEWART DETENTION CENTER, *

Respondent. *

**JUDGMENT**

Pursuant to this Court's Order dated October 21, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 22nd day of October, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk